John Chucklin, Appellee, v. Frank O. Lowden and Joseph B. Fleming, Trustees, Appellants.

Gen. No. 9,846.

opinion filed February 12, 1943; rehearing denied March 17, 1943. Stafford & Schoede and Edward C. Schoede, for appellants; Milton V. Thompson, of counsel; Huber & Reidy, for appellee; Isador I. Katz, of counsel. Opinion by PRESIDING JUSTICE HUFFMAN. Not to be published in full.

Mildred Sidney Baldwin, Appellant, v. Peoria Star Company et al., Appellees.

Gen. No. 9,783.

opinion filed February 12, 1943. Richard H. Radley, Sr., Joseph A. Weil, Mary D. Cassell, John Radley and Richard H. Radley, Jr., for appellant; George Z. Barnes, Shelton F. McGrath and Clyde R. Birkett, for certain appellees; Jerome Crowley and Cassidy, Knoblock & Sloan, for certain other appellees. Opinion by JUSTICE DOVE. Not to be published in full.